Jonah A. Toleno, Esq. (AZ Bar # 023503)
SHUSTAK REYNOLDS & PARTNERS, P.C.
401 West "A" Street, Suite 2250
San Diego, CA 92101
Telephone: (619) 696-9500
Facsimile: (619) 615-5290
Email: jtoleno@shufirm.com

Attorneys for Plaintiffs

# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| STEVEN BOCKER, SADIE LABERGE, AND JAY WISE,<br><br>Plaintiffs,<br><br>v.<br><br>DEER CONSUMER PRODUCTS, INC., YING HE, YUEHUA XIA, ZONGSHU NIE, EDWARD HUA, ARNOLD STALOFF, QI HUA XU, YONGMEI WANG, MAN WAI JAMES CHIU, AND WALTER ZHAO,<br><br>Defendants. | **Case No. CV-15-00046-PHX-DLR**<br><br>**PLAINTIFFS' NOTICE OF PENDING SETTLEMENT AND RESERVATION OF RIGHT TO OPPOSE DEFENDANT STALOFF'S MOTION TO DISMISS COMPLAINT**<br><br>**Judge: Hon. Douglas L. Rayes**<br><br>Trial Date:     None Set<br>Complaint filed:     January 8, 2015 |

Plaintiffs respectfully submit this Notice of Settlement and Reservation of Right to Oppose Defendant Arnold Staloff's Motion to Dismiss Complaint. Plaintiffs have reached an agreement in principle with Defendant Staloff to resolve their claims against him. Plaintiffs and Defendant Staloff are in the process of finalizing a settlement agreement, and Plaintiffs intend to file a Notice of Dismissal of Defendant Staloff shortly.

Accordingly, Plaintiffs will not be filing an opposition to Defendant Staloff's Motion to Dismiss Complaint at this time. Plaintiffs and Defendant

Staloff previously submitted a Stipulation to Extend Briefing Schedule to accommodate the parties' settlement (Doc. No. 36). The Court has not yet ruled on the parties' stipulation. Plaintiffs reserve their right to oppose Defendant Staloff's Motion in the event the Court grants the parties' pending stipulation to extend the briefing schedule.

DATED: September 23, 2015        SHUSTAK REYNOLDS & PARTNERS, P.C.


By:   /s/  Jonah A. Toleno
        Jonah A. Toleno
        Attorneys for Plaintiffs